IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JOSEPH NEIL DE LA GARZA** | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | |
| | § | |
| **CITY OF NEW BRAUNFELS, TEXAS,** | § | |
| **NEW BRAUNFELS POLICE DEPARTMENT,** | § | CIVIL ACTION NO. 5:20-cv-00041 |
| **DEREK WOELFEL, NBPD OFFICER,** | § | |
| **CODY BIANCHI, NBPD OFFICER,** | § | |
| **DONALD KIMBRELL, NBPD OFFICER** | § | |
| **AND, JAMES BELL, NBPD SERGEANT,** | § | |
| | § | |
| DEFENDANTS. | § | |
| | § | |

## NOTICE OF FILING PETITION FOR REMOVAL

**TO:**   Joseph Neil De La Garza
Plaintiff Pro Se
109 W. Court
Seguin, Texas  78155            Email: jndelagarza101@gmail.com

Please take notice that a verified petition for removal of the above styled and numbered cause from the 274th Judicial District Court of Comal County, Texas to the United States District Court for the Western District of Texas, San Antonio Division was duly filed this date, in the United States District Court for the Western District of Texas. Copies of such petition for removal are attached hereto.  You are advised that the Defendant herein, upon the filing of the petition for removal and a copy of the petition with the Clerk of this Court will have affected this removal in accordance with 28 U.S.C. 1441(e).

          Respectfully submitted,

          LAW OFFICES OF CHARLES S. FRIGERIO
          A Professional Corporation
          Riverview Towers
          111 Soledad, Suite 840
          San Antonio, Texas  78205
          (210) 271-7877
          (210) 271-0602 Telefax

          BY: //s// Charles S. Frigerio
               CHARLES S. FRIGERIO
               SBN:  07477500

               HECTOR X. SAENZ
               SBN: 17514850
          ATTORNEYS FOR DEFENDANT
          CITY OF NEW BRAUNFELS, NEW BRAUNFELS
          POLICE DEPARTMENT and OFFICERS DEREK
          WOELFEL, CODY BIANCHI, DONALD KIMBRELL
          and JAMES BELL

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing City Of New Braunfels, et al's Notice of Removal filed via CM/ECF has been forwarded on this the 13th day of January, 2020 by electronic mail and certified mail to the Non-ECF Participant:

Joseph Neil De La Garza
Plaintiff Pro Se
109 W. Court
Seguin, Texas  78155        Email: jndelagarza101@gmail.com

          //s// Charles S. Frigerio
          CHARLES S. FRIGERIO

---