# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JOSEPH NEIL DE LA GARZA, *Plaintiff* § § § | |
| | SA-20-CV-00041-XR |
| -vs- § § § | |
| CITY OF NEW BRAUNFELS, TEXAS, NEW BRAUNFELS POLICE DEPARTMENT, DEREK WOELFEL, NBPD OFFICER; CODY BIANCHI, NBPD OFFICER; DONALD KIMBRELL, NBPD OFFICER; AND JAMES BELL, NBPD SERGEANT; *Defendants* § § § § § | |

## ORDER

Pursuant to the order administratively closing the lead case (See 5:19-CV-1455-XR), the Clerk is directed to administratively close this case.

SIGNED this 31st day of August, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE