IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSEPH NEIL DE LA GARZA, *Plaintiff* | § § § § | |
| -vs- | § § | |
| DEREK WOELFEL, NBPD OFFICER; CODY BIANCHI, NBPD OFFICER; DONALD KIMBRELL, NBPD OFFICER; AND JAMES BELL, NBPD SERGEANT; *Defendants* | § § § § § § § | 5:19-CV-01455-XR  *Consolidated with:* 5:20-cv-00041-XR |

**FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with the Court's order pursuant to Fed. R. Civ. P. 41(b).

It is so **ORDERED**.

**SIGNED** this 12th day of May, 2023.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1